UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAMELA COFFELL, individually and on behalf of the class of similarly situated persons,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a foreign insurance company,

Defendant.

CASE NO. C05-1964C

ORDER

This matter comes before the Court on the parties' Stipulation and Proposed Order on briefing and motions. (Dkt. No. 9.) The Court accepts Stipulations (1) and (2) as presented, but makes an adjustment to Stipulation (3) as follows:

(1) Defendant will make Maria Smith and Defendant's 30(b)(6) representative available for deposition by January 3, 2006.

(2) Plaintiff will file her motion seeking remand and/or improper removal of her action from King County Superior Court as soon as practicable after the deposition of Defendant's representative is transcribed and no later than Thursday, January 12, 2006. The motion will be noted for hearing for Friday, January 27, 2006.

ORDER – 1

1    (3) Defendant's Motion to Dismiss or for Summary Judgment (Dkt. No. 4) is hereby STRICKEN.
2    Defendant will be granted leave to refile that motion, if appropriate, when the Court rules on Plaintiff's
3    motion for remand.
4    SO ORDERED this 16th day of December, 2005.

*[signature]*

John C. Coughenour

United States District Judge

ORDER – 2